

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00464-CV

**IN THE INTEREST OF E.M.S.** and M.N.R., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02147
Honorable Brenda Chapman, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed:   November 28, 2012

AFFIRMED

Appellant Mother A.S. and Appellant Father G.R. appeal the trial court's order terminating their parental rights to E.M.S. and M.N.R. Both of appellants' court-appointed attorneys have filed briefs containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Both of appellants' court-appointed attorneys have, respectively, concluded that this appeal is without merit. Both briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04–03–00096–CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio 2003, order) (applying *Anders* procedure in appeal from termination of parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio 2003, no pet.). Further, Appellant Mother A.S.'s counsel states that he provided Appellant Mother A.S. with a copy of the brief and informed her of her right to review the record

and file a pro se brief. Similarly, Appellant Father G.R.'s counsel states that he provided Appellant Father G.R. with a copy of the brief and informed him of his right to review the record and file a pro se brief. Neither Appellant Mother A.S. nor Appellant Father G.R. has filed a pro se brief.

After reviewing the record and counsels' briefs, we agree that the appeal is frivolous and without merit. Therefore, the Order of Termination signed by the trial court is affirmed. We grant counsels' motions to withdraw. *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n. 1 (Tex. App.—San Antonio 1996, no pet.).


PER CURIAM